PD-0970-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 3:41:45 PM
Accepted 7/29/2015 10:35:48 AM
ABEL ACOSTA
CLERK

NO. _____

COURT OF APPEALS CAUSE NO.:  02-13-00187-CR

_____

TO THE

## COURT OF CRIMINAL APPEALS OF TEXAS

_____

BELINDA BARROW,

Petitioner

vs.

THE STATE OF TEXAS,

Respondent

_____

## PETITIONER'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

of the Decision of the Court of Appeals
for the Second District of Texas,
in Fort Worth, Texas

_____

FILED IN
COURT OF CRIMINAL APPEALS

July 29, 2015

ABEL ACOSTA, CLERK

DON DAVIDSON
Attorney-at-Law
803 Forest Ridge Drive, Suite 203
Bedford, Texas  76022-7258
(817) 355-1285
FAX:  (817) 355-1285
Cell.:  (817) 343-8042
Email: donatty@flash.net
Texas Bar No. 05430840
ATTORNEY FOR PETITIONER
BELINDA BARROW

_____

Comes now Petitioner BELINDA BARROW (hereafter, "BARROW" or "Petitioner") in the above-entitled cause, by and through her counsel, and files this PETITIONER'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, and would show the Court the following:

## I.

Petitioner was convicted in a jury trial of aggravated robbery and sentenced to twenty years in prison. In her appellate brief, Petitioner presented two issues challenging her conviction. The Second Court of Appeals issued its opinion in this case on July 16, 2015, affirming the conviction but deleting the deadly weapon finding.

## II.

Petitioner's Petition for Discretionary Review (PDR) is due within thirty days after the date of the Court of Appeals' opinion, per Rule 68.2(a) of the Rules of Appellate Procedure. Since the thirtieth day, August 15th, falls on a Saturday, Petitioner's PDR is due on or before Monday, August 17, 2015.

## III.

Petitioner's counsel was on vacation from July 14, 2015 until July 26, 2015, and thus was on vacation when the Court issued its opinion in this case. While on vacation, Petitioner's counsel had only limited access to research resources and case materials, and therefore has not been able to evaluate the merits of a PDR, or indeed the need for same, much less prepare and file a PDR if needed. Furthermore, if Petitioner's counsel should deem a PDR to be inappropriate in this case, Petitioner would have the option of filing a *pro se* PDR, but would have little or no time to do so if an extension is not granted.

## IV.

Since Counsel was on vacation, he has also not yet had an opportunity to send Petitioner a copy of the Court of Appeal's opinion or notify her of her right to submit a *pro se* PDR, should Counsel deem it inappropriate to do so on her behalf. (Counsel is appointed in this case.) Counsel anticipates so notifying Petitioner today or tomorrow.

## V.

During this week, Petitioner's counsel is involved in plea negotiations and trial preparations in a federal criminal trial which is

currently scheduled to begin on August 24, 2015, and has a federal criminal law continuing legal education course in Dallas on Thursday, July 30th, and Friday, July 31st. This is in addition to Counsel's other clients, which include four other appeals from state felony convictions, one other federal criminal case, and three family law cases.

## VI.

Petitioner therefore requests a thirty-day extension of the due date for Petitioner's PDR, to Wednesday, September 16, 2015, to provide Counsel with adequate time to fully evaluate the need for a PDR in this case and, if necessary, to prepare and file said PDR, or alternatively, to allow Petitioner sufficient time to prepare and file a *pro se* PDR in this case.

## VII.

No previous extensions for Petitioner's PDR have been requested or granted in this case.

## VII.

BARROW is incarcerated.

VIII.

Denial of this motion would deny BARROW her rights to a meaningful appeal and to effective assistance of counsel in prosecuting her appeal.

Respectfully submitted,

/s/ Don Davidson
DON DAVIDSON
Attorney for Petitioner

**<u>CERTIFICATE OF CONFERENCE</u>**

On the 27th day of July, 2015, I contacted Mr. John E. Meskunas, Assistant Criminal District Attorney, Tarrant County, Counsel for the State, who stated that the State does not oppose this motion.

/s/ Don Davidson

DON DAVIDSON
Attorney for Petitioner

## CERTIFICATE OF SERVICE

As Attorney for the Petitioner, BELINDA BARROW, I certify that a true and correct copy of the foregoing motion was provided to the Court of Appeals and to the counsel listed below, by mailing copies to the addresses indicated below, this 27th day of July, 2015.

> Court of Appeals
> Second District of Texas
> Tim Curry Criminal Justice Center
> 401 W. Belknap, Suite 9000
> Fort Worth, TX 76196-0211
>
> Tarrant County District Attorney's Office
>   ATTN:  Mr. John E. Meskunas
>         Asst. Criminal District Attorney
>         Appellate Division
> Tim Curry Criminal Justice Center
> 401 West Belknap
> Fort Worth, TX  76196-0201
>
> State Prosecuting Attorney
> P.O. Box 13046
> Austin, TX  78711

> /s/ Don Davidson
> DON DAVIDSON
> Attorney for Petitioner